IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| CHRISTIAN REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| | ) 5:19-CV-00570-JSM-PRL |
| FREEDOMROADS, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO CONFIRM ARBITRATOR'S AWARD AND TO APPROVE FLSA SETTLEMENT

Plaintiff Christian Reynolds and defendant FreedomRoads, LLC, are parties to an arbitration agreement. By Order dated February 3, 2020, this court granted Defendant's motion to compel arbitration and stayed the case pending conclusion of the arbitration. [Doc. 11]. Utilizing the procedures in their Arbitration Agreement, the Parties selected an Arbitrator to preside over the case. The Parties then exchanged initial disclosures in accordance with the Arbitrator's scheduling order and engaged in arms-length negotiations resulting in a confidential agreement to settle and resolve any and all claims among them and submitted their Agreement to the Arbitrator for approval in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

Attached as Exhibit A is the Parties Joint Motion to Approve Fair Labor Standards Act Settlement which was submitted to the Arbitrator on June 12, 2020.[1] The Parties hereby incorporate by reference that motion. As noted in exhibit 1, the issue in the case is whether Plaintiff was exempt from overtime under the FLSA. Following the exchange and analysis of Plaintiff's pay and timeclock records, the Parties engaged in arms-length negotiations through undersigned counsel and reached a fair and reasonable resolution of the case. Attached as Exhibit B is the Arbitrator's Order approving the parties motion. Consistent with the terms of that Agreement, Defendant has made the required settlement payments and the Parties now seek this court's confirmation of the Arbitrator's decision and the dismissal with prejudice of this case.

Wherefore, the Parties respectfully request that the court confirm the Arbitrator's award, approve the settlement, and dismiss this action with prejudice.

Respectfully submitted on July 17, 2020.

| | |
|---|---|
| Michael Massey | Charles A. Powell IV |
| **MASSEY & DUFFY, PLLC** | **LITTLER MENDELSON, P.C.** |
| 855 E. Univ. Ave. | 420 20th Street North, Suite 2300 |
| Gainesville, FL 32601 | Birmingham, AL 35203-3204 |
| Fla. Bar. No. 153680 | Fla. Bar. No. 947539 |
| Attorney for Plaintiff | Attorney for Defendant |

---

[1] The confidential settlement agreement attached as Exhibit 1 to the Parties' American Arbitration Association Joint Motion to Approve FLSA Settlement has been submitted to the court *in camera* pursuant to this court's ____ Order. [Doc. 15].