# EXHIBIT B

| | |
|---|---|
| **From:** | Lynn Cole |
| **To:** | Powell, Charles |
| **Cc:** | Michael Massey; bryancorbett@adr.org; Lynn Cole |
| **Subject:** | RE: Christian Reynolds v. FreedomRoads, LLC - Case 01-20-0000-4029 - Joint Motion For Approval of Settlement |
| **Date:** | Friday, June 12, 2020 5:16:20 PM |
| **Attachments:** | image005.png<br>image006.png<br>image007.png |

**[EXTERNAL E-MAIL]**

Counsel,
I have read and reviewed your Joint Motion , the Settlement Agreement, and the case you kindly provided.  Your settlement agreement is approved. Congratulations professionally resolving your case.
Best,
Lynn Cole



Law Offices of Lynn Cole, P.A.
Practice Limited Exclusively to Mediation, Arbitration and ADR Consulting
www.LynnCole.com

THE NATIONAL ACADEMY OF DISTINGUISHED NEUTRALS

Florida Circuit-Civil Certified Mediator
International Mediation Institute ("IMI") Certified
BRDGES Academy
*Building Resolutions for Disputes Globally with E-Learning Strategies*
www.BRDGES_Academy.com
301 West Platt Street, Ste 409
Tampa, FL  33606
+1 813-223-7009
Email: adr@lynncole.com
Skype:  lynnhcole

**From:** Powell, Charles [mailto:CPowell@littler.com]

**Sent:** Friday, June 12, 2020 5:07 PM
**To:** Lynn Cole
**Cc:** Michael Massey; bryancorbett@adr.org
**Subject:** Christian Reynolds v. FreedomRoads, LLC - Case 01-20-0000-4029 - Joint Motion For Approval of Settlement

Arbitrator Cole, the Parties have negotiated a settlement of Mr. Reynolds' claims. Because this is an FLSA case, attached is the Parties Joint Motion to Approve Settlement. For your convenience, attached is a copy of the case cited in the Parties motion. We appreciate your consideration of this joint motion.

**Charles Powell IV**
Shareholder
205.421.4703 direct, 205.278.8775 fax
CPowell@littler.com



Labor & Employment Law Solutions | Local Everywhere
420 20th Street North, Suite 2300, Birmingham, AL 35203-3204

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.