# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CHRISTIAN REYNOLDS,

    Plaintiff,

v.                                            Case No: 5:19-cv-570-JSM-PRL

FREEDOMROADS, LLC,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court on the Joint Motion to Confirm Arbitrator's Award and to Approve FLSA Settlement (Dkt. 16). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Confirm Arbitrator's Award and to Approve FLSA Settlement (Dkt. 16) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of July, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record